# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 14-1174 | September Term, 2014 |
| | NLRB-07CA091271 |
| | Filed On: November 5, 2014 [1520891] |

Wellington Industries, Inc.,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 14-1205

## O R D E R

    Upon consideration of the motion to hold case in abeyance, the response thereto, and the reply, it is

    **ORDERED** that this case be held in abeyance pending further order of the court.

    The parties are directed to file motions to govern future proceedings in this case within 30 days of this court's disposition of Nos. 12-1018, et al., <u>Wellington Indus., Inc. v. NLRB</u>.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                                BY:    /s/
                                                  Mark A. Butler
                                                  Deputy Clerk